

RECEIVED
IN LAKE CHARLES, LA

AUG 13 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SHAWANDA DUGAS | : | DOCKET NO. 07-0096 |
| VS. | : | JUDGE MINALDI |
| VOYAGER PROPERTY & CASUALTY INSURANCE CO. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiffs' motion to remand [doc. # 11] be, and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _10_ day of _Aug_, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE